**DENY and Opinion Filed May 26, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00372-CV**

## IN RE DOWNTOWN MCKINNEY PARTNERS, LLC, Relator

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-03474-2020**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Goldstein
Opinion by Justice Myers

Relator's April 21, 2022 petition for writ of mandamus challenges the trial court's decision to expunge a notice of lis pendens. Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co*., 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding).

After reviewing the petition, real party in interest's response, and the record before us, we conclude that relator has failed to demonstrate an abuse of discretion. *See* TEX. R. APP. P. 52.8(a). Accordingly, we deny the petition for writ of mandamus. We also lift the stay issued by this Court's April 22, 2022 order, and we deny as

moot real party's motion to reconsider this Court's order granting relator's emergency motion for temporary relief.

220372f.p05

/Lana Myers/
LANA MYERS
JUSTICE